**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Richard Ventura                                  CHAPTER 13
        Stephanie Joan Ventura
           Debtor(s)                           BKY. NO. 25-14372 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., and index same on the master mailing list.

                              Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
04 Nov 2025, 15:13:26, EST

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322