United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Stephanie Joan Ventura  
Richard Ventura  
    Debtors

Case No. 25-14372-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 4  
Date Rcvd: Nov 05, 2025      Form ID: 309I      Total Noticed: 49

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Stephanie Joan Ventura, Richard Ventura, 248 Main St # Steet, Freemansburg, PA 18017-7263 |
| 15066123 | Lvnv Funding LLC, Greenville, SC 29601 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: bankruptcy@everettcooklaw.com | Nov 06 2025 00:52:00 | JOHN EVERETT COOK, The Law Offices of Everett Cook, P.C., 1605 N. Cedar Crest Blvd, Suite 520, Allentown, PA 18194 |
| tr | Email/Text: Info@ReadingCh13.com | Nov 06 2025 00:53:00 | SCOTT F. WATERMAN [Chapter 13], Chapter 13 Trustee, 2901 St. Lawrence Ave., Suite 100, Reading, PA 19606 |
| smg | + Email/Text: taxclaim@countyofberks.com | Nov 06 2025 00:52:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 06 2025 00:53:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Nov 06 2025 00:53:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 15066098 | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 06 2025 01:03:17 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15066099 | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 06 2025 01:03:20 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St Ste 4, Pittsburgh, PA 15212-5862 |
| 15066100 | EDI: GMACFS.COM | Nov 06 2025 05:40:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 15066101 | EDI: GMACFS.COM | Nov 06 2025 05:40:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 15066102 | EDI: TSYS2 | Nov 06 2025 05:40:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 15066103 | EDI: CAPITALONE.COM | Nov 06 2025 05:40:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15066104 | EDI: CAPITALONE.COM | Nov 06 2025 05:40:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15066110 | EDI: MAXMSAIDV | Nov 06 2025 05:40:00 | Dept of Ed/Aidvantage, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 15066111 | EDI: DISCOVER | Nov 06 2025 05:40:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |

Case 25-14372-pmm   Doc 12   Filed 11/07/25   Entered 11/08/25 00:37:50   Desc Imaged
Certificate of Notice   Page 2 of 6

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 05, 2025 | Form ID: 309I | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| 15066112 | | EDI: DISCOVER | Nov 06 2025 05:40:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 15066113 | | Email/Text: operationsclerk@easypayfinance.com | Nov 06 2025 00:52:00 | Easy Pay/Duvera Collections, Attn: Bankruptcy, PO Box 2549, Carlsbad, CA 92018-2549 |
| 15066114 | | Email/Text: operationsclerk@easypayfinance.com | Nov 06 2025 00:52:00 | Easypay/dvra, 3220 Executive Rdg, Vista, CA 92081-8571 |
| 15066097 | | Email/Text: consumers@fcsbpo.com | Nov 06 2025 00:52:00 | 1st Crd Srvc, 9 Wills Way, Piscataway, NJ 08854-3770 |
| 15066116 | | EDI: AMINFOFP.COM | Nov 06 2025 05:40:00 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 15066117 | | EDI: PHINGENESIS | Nov 06 2025 05:40:00 | Genesis Fs Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 15066118 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 06 2025 00:53:00 | Great Lakes, Attn: Bankruptcy, PO Box 7860, Madison, WI 53707-7860 |
| 15066119 | + | EDI: IRS.COM | Nov 06 2025 05:40:00 | IRS, 2970 Market Steet, Philadelphia, PA 19104-5002 |
| 15066120 | | EDI: JEFFERSONCAP.COM | Nov 06 2025 05:40:00 | Jefferson Capital Syst, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 15066121 | | EDI: CAPITALONE.COM | Nov 06 2025 05:40:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 15066122 | | EDI: CAPITALONE.COM | Nov 06 2025 05:40:00 | Kohls/capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15069062 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 06 2025 01:03:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15066127 | | Email/Text: ml-ebn@missionlane.com | Nov 06 2025 00:52:00 | Mission Lane LLC, Attn: Bankruptcy, PO Box 105286, Atlanta, GA 30348-5286 |
| 15066128 | | Email/Text: ml-ebn@missionlane.com | Nov 06 2025 00:52:00 | Mission Lane Tab Bank, PO Box 105286, Atlanta, GA 30348-5286 |
| 15066124 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 06 2025 01:02:22 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 15066125 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 06 2025 01:03:17 | Merrick Bank/Ccholdings, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 15066126 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 06 2025 00:53:00 | Midland Credit Managem, 320 E Big Beaver Rd, Troy, MI 48083-1271 |
| 15066129 | | Email/PDF: Bankruptcy_Prod@mohela.com | Nov 06 2025 01:24:53 | Navient, Attn: Bankruptcy, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 15066130 | | Email/PDF: Bankruptcy_Prod@mohela.com | Nov 06 2025 01:24:14 | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 15066511 | | EDI: PENNDEPTREV | Nov 06 2025 05:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15066131 | | EDI: PRA.COM | Nov 06 2025 05:40:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 15068785 | | EDI: Q3G.COM | Nov 06 2025 05:40:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15068784 | | EDI: Q3G.COM | Nov 06 2025 05:40:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15069157 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 06 2025 01:02:22 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 25-14372-pmm    Doc 12    Filed 11/07/25    Entered 11/08/25 00:37:50    Desc Imaged
Certificate of Notice    Page 3 of 6

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 05, 2025 | Form ID: 309I | Total Noticed: 49 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15066132 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Nov 06 2025 00:53:00 | Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15066133 | | Email/PDF: Bankruptcy_Prod@mohela.com | Nov 06 2025 01:00:59 | Sallie Mae, Inc, Attn: Bankruptcy, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 15066134 | + | EDI: SYNC | Nov 06 2025 05:40:00 | Syncb/amazon, PO Box 71737, Philadelphia, PA 19176-1737 |
| 15066135 | | EDI: SYNC | Nov 06 2025 05:40:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15066137 | | EDI: WTRRNBANK.COM | Nov 06 2025 05:40:00 | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 15066138 | | EDI: PHINGENESIS | Nov 06 2025 05:40:00 | Tbom/milestone, PO Box 4499, Beaverton, OR 97076-4499 |
| 15066139 | | EDI: WTRRNBANK.COM | Nov 06 2025 05:40:00 | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 15068410 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Nov 06 2025 01:03:28 | U.S. Department of Housing and Urban Development, The Strawbridge Building, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |
| 15066141 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 06 2025 00:53:00 | US Dept of Ed/Glelsi, 2401 International Ln, Madison, WI 53704-3121 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15066096 | | 05 Retro Fitness Bethlehem P |
| 15066107 | | COURT OF COMMON PLEAS - CIVIL |
| 15066105 | | Capital One Bank USA N.A. |
| 15066106 | | Comenity Bank |
| 15066108 | | Credit Corp Solutions |
| 15066109 | | Credit One Bank N.A. |
| 15066115 | | Fingerhut Advantage |
| 15066136 | | Synchrony Car Care |
| 15066140 | | Unknown Plaintiff |
| 15066142 | | Walmart Rewards Card |

TOTAL: 10 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 07, 2025          Signature:     /s/Gustava Winters

District/off: 0313-4 | User: admin | Page 4 of 4
Date Rcvd: Nov 05, 2025 | Form ID: 309I | Total Noticed: 49

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JOHN EVERETT COOK | on behalf of Joint Debtor Richard Ventura bankruptcy@everettcooklaw.com g29494@notify.cincompass.com;cook.everettb129037@notify.bestcase.com |
| JOHN EVERETT COOK | on behalf of Debtor Stephanie Joan Ventura bankruptcy@everettcooklaw.com g29494@notify.cincompass.com;cook.everettb129037@notify.bestcase.com |
| MATTHEW K. FISSEL | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Stephanie Joan Ventura <br> First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–0769 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2: <br> (Spouse, if filing) | Richard Ventura <br> First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–2627 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of Pennsylvania | Date case filed for chapter: | 13   10/29/25 |
| Case number: | 25–14372–pmm | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Stephanie Joan Ventura | Richard Ventura |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 248 Main St # Steet <br> Freemansburg, PA 18017–7263 | 248 Main St # Steet <br> Freemansburg, PA 18017–7263 |
| 4. | **Debtor's attorney** <br> Name and address | JOHN EVERETT COOK <br> The Law Offices of Everett Cook, P.C. <br> 1605 N. Cedar Crest Blvd <br> Suite 520 <br> Allentown, PA 18194 | Contact phone 610–351–3566 <br><br> Email: bankruptcy@everettcooklaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | SCOTT F. WATERMAN [Chapter 13] <br> Chapter 13 Trustee <br> 2901 St. Lawrence Ave. <br> Suite 100 <br> Reading, PA 19606 | Contact phone (610) 779–1313 <br><br> Email: ECFMail@ReadingCh13.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court <br> Office of the Clerk, Gateway Building <br> 201 Penn Street, 1st Floor <br> Reading, PA 19601 | Hours open: <br> Philadelphia Office –– 9:00 A.M. to 4:00 P.M; <br> Reading Office –– 9:00 A.M. to 4:00 P.M. <br><br> Contact phone (610)2085040 <br><br> Date: 11/5/25 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 9, 2025 at 1:15 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br>Time is approximate. Due to the nature of these meetings, some may run longer than others. Please stay connected until the meeting is called. | **Location:**<br>**The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (484) 309–8709, Enter Meeting ID 503 796 7663, and Passcode 4545941595**<br><br>For additional meeting info. go to https://www.justice.gov/ust/moc |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>You must file:<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 2/7/26** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 1/7/26** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/27/26** |
| | **Deadlines for filing proof of claim:**<br>  A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The debtor shall serve the plan on parties pursuant to Local Rule 3015–2. The hearing on confirmation will be held on:<br>**1/15/26** at **10:00 AM** , Location: **Zoom. For Zoom link, see the current, Hearing Calendar for the Judge on the, Court website** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |