UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Stephanie Joan Ventura | : | Chapter 13 |
| Richard Ventura | : | |
| Debtors | : | Bankruptcy No.  25-14372-pmm |

\* \* \* \* \* \* \*

### NOTICE OF TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTIONS AND HEARING DATE

Scott F. Waterman, Esq., Standing Chapter 13 Trustee, has filed an objection to your claim of exemptions in this bankruptcy case.

1. Your claim of exemption may be eliminated or changed by the Court because an objection has been filed. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

2. If you do not want the Court to eliminate or change your claim of exemptions, or if you want the Court to consider your views, you or your lawyer must attend the hearing on the objection, scheduled to be held before The Honorable Patricia M. Mayer on Thursday, January 8, 2026 at 11:00 a.m. in the United States Bankruptcy Court, The Gateway Building, 201 Penn Street, 4th Floor Courtroom, Reading, Pennsylvania 19601.

Date:  December 10, 2025                                  Attorney for Objector

                                                          */s/Rolando Ramos*
                                                          Rolando Ramos, Esq.
                                                          for
                                                          Scott F. Waterman, Esq.
                                                          Standing Chapter 13 Trustee
                                                          2901 St. Lawrence Avenue
                                                          Reading, Pennsylvania 19606-0410
                                                          Telephone:  (610) 779-1313