L.B.F. 9014-4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | Chapter  13 |
| STEPHANIE AND RICHARD VENTURA | : | |
| **Debtor** | : | Bky. No. 25-14372 |

\* \* \* \* \* \*

**CERTIFICATION OF SERVICE**

I, Everett Cook, certify that on 1/13/26, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Document 1

- Document 2

- Document 3

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 1/13/2026

Signature /s/ Everett Cook
Name and Attorney ID (if applicable) 202039
Firm Name The Law offices of Everett Cook P.C
Address 1605 N Cedar Crest Blvd
City, State, Zip Allentown Pa 18104
Phone Number 6103513566
Email general@everettcooklaw.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name
Address
Relationship of Party
Via:   ☐ CM/ECF   ☐ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
   ☐ Other:

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name
Address
Relationship of Party
Via:   ☐ CM/ECF   ☐ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
       ☐ Other:

Name
Address
Relationship of Party
Via:   ☐ CM/ECF   ☐ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
       ☐ Other:

Name
Address
Relationship of Party
Via:   ☐ CM/ECF   ☐ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
       ☐ Other:

Name
Address
Relationship of Party
Via:   ☐ CM/ECF   ☐ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
       ☐ Other:

Name
Address
Relationship of Party
Via:   ☐ CM/ECF   ☐ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
       ☐ Other:

Name
Address
Relationship of Party
Via:   ☐ CM/ECF   ☐ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
       ☐ Other: