UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Stephanie Joan Ventura<br>    Richard Ventura<br><br>            Debtors | Chapter 13<br>Bankruptcy No.25-14372-PMM |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 4th day of February, 2026, by first class mail upon those listed below:

Stephanie Joan Ventura
Richard Ventura
248 Main St
Freemansburg, PA  18017-7263

**Electronically via CM/ECF System Only:**

JOHN EVERETT COOK ESQ
ROMA CORPORATE CENTER
1605 N CEDAR CREST BLVD, STE 520
ALLENTOWN, PA  18104

                                                      */s/ Kristen Gliem*
                                                      Kristen Gliem
                                                      for
                                                      Scott F. Waterman, Esquire
                                                      Standing Chapter 13 Trustee