Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Stephanie Joan Ventura
Richard Ventura
248 Main St
Freemansburg, PA 18017-7263

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 25-14372-PMM**

Petition Filed Date: 10/29/2025
341 Hearing Date: 12/09/2025
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/08/2025 | $245.00 | | 12/31/2025 | $245.00 | | 01/28/2026 | $245.00 | |
| 02/24/2026 | $245.00 | | 03/23/2026 | $245.00 | | 04/20/2026 | $245.00 | |
| 05/18/2026 | $245.00 | | 06/15/2026 | $496.00 | | 07/13/2026 | $496.00 | |

**Total Receipts for the Period: $2,707.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $3,203.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | JOHN EVERETT COOK ESQ | Attorney Fees | $1,500.00 | $0.00 | $1,500.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 001 | Priority Crediors | $366.28 | $0.00 | $0.00 |
| 2 | US DEPARTMENT OF HUD<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | QUANTUM3 GROUP LLC<br>»» 003 | Unsecured Creditors | $768.03 | $0.00 | $0.00 |
| 4 | QUANTUM3 GROUP LLC<br>»» 004 | Unsecured Creditors | $674.87 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $1,124.47 | $0.00 | $0.00 |
| 6 | RESURGENT RECEIVABLES LLC<br>»» 006 | Unsecured Creditors | $997.80 | $0.00 | $0.00 |
| 7 | EASYPAY FINANCE obo DUVERA<br>»» 007 | Unsecured Creditors | $733.49 | $0.00 | $0.00 |
| 8 | MERRICK BANK<br>»» 008 | Unsecured Creditors | $1,638.23 | $0.00 | $0.00 |
| 9 | CAPITAL ONE BANK (USA) NA<br>»» 009 | Unsecured Creditors | $345.51 | $0.00 | $0.00 |
| 10 | CAPITAL ONE BANK (USA) NA<br>»» 010 | Unsecured Creditors | $1,014.99 | $0.00 | $0.00 |
| 11 | CAPITAL ONE BANK (USA) NA<br>»» 011 | Unsecured Creditors | $463.84 | $0.00 | $0.00 |
| 12 | CAPITAL ONE BANK (USA) NA<br>»» 012 | Unsecured Creditors | $663.65 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-14372-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | CAPITAL ONE BANK (USA) NA<br>»» 013 | Unsecured Creditors | $460.95 | $0.00 | $0.00 |
| 14 | KHEAA<br>»» 014 | Unsecured Creditors | $4,804.71 | $0.00 | $0.00 |
| 15 | ALLY FINANCIAL INC aka ALLY BANK<br>»» 015 | Unsecured Creditors | $9,144.37 | $0.00 | $0.00 |
| 16 | US DEPARTMENT OF EDUCATION<br>»» 016 | Unsecured Creditors | $10,310.96 | $0.00 | $0.00 |
| 17 | ALLY FINANCIAL INC aka ALLY BANK<br>»» 017 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 018 | Unsecured Creditors | $1,859.80 | $0.00 | $0.00 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 019 | Unsecured Creditors | $3,042.59 | $0.00 | $0.00 |
| 20 | CAVALRY SPV INVESTMENTS LLC<br>»» 020 | Unsecured Creditors | $817.34 | $0.00 | $0.00 |
| 21 | MIDLAND CREDIT MANAGEMENT INC<br>»» 021 | Unsecured Creditors | $1,172.19 | $0.00 | $0.00 |
| 22 | MIDLAND CREDIT MANAGEMENT INC<br>»» 022 | Unsecured Creditors | $1,556.90 | $0.00 | $0.00 |
| 23 | ASHLEY FUNDING SVCS LLC<br>»» 023 | Unsecured Creditors | $25.16 | $0.00 | $0.00 |
| 24 | ASHLEY FUNDING SVCS LLC<br>»» 024 | Unsecured Creditors | $96.37 | $0.00 | $0.00 |
| 25 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 025 | Unsecured Creditors | $2,484.43 | $0.00 | $0.00 |
| 26 | VERIZON BY AIS AS AGENT<br>»» 026 | Unsecured Creditors | $363.85 | $0.00 | $0.00 |
| 27 | SCOLOPAX LLC<br>»» 027 | Unsecured Creditors | $396.00 | $0.00 | $0.00 |
| 28 | ROCKET MORTGAGE LLC<br>»» 028 | Mortgage Arrears | $2,946.10 | $0.00 | $0.00 |
| 29 | SYNCHRONY BANK<br>»» 029 | Unsecured Creditors | $603.23 | $0.00 | $0.00 |
| 30 | UNITED STATES TREASURY (IRS)<br>»» 030 | Unsecured Creditors | $32,705.19 | $0.00 | $0.00 |
| 31 | AIDVANTAGE on behalf of DEPT OF ED<br>»» 031 | Unsecured Creditors | $104,214.82 | $0.00 | $0.00 |
| 32 | AIDVANTAGE on behalf of DEPT OF ED<br>»» 032 | Unsecured Creditors | $33,512.28 | $0.00 | $0.00 |
| 33 | AIDVANTAGE on behalf of DEPT OF ED<br>»» 033 | Unsecured Creditors | $17,090.94 | $0.00 | $0.00 |
| 34 | KEYSTONE COLLECTIONS GROUP<br>»» 34P | Priority Crediors | $113.00 | $0.00 | $0.00 |
| 35 | KEYSTONE COLLECTIONS GROUP<br>»» 34U | Unsecured Creditors | $21.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-14372-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,203.00 | Current Monthly Payment: | $496.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($741.00) |
| Paid to Trustee: | $246.59 | Total Plan Base: | $27,758.00 |
| Funds on Hand: | $2,956.41 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.